IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMOS W. STURGIS,<br><br>      Petitioner,<br><br>  v.<br><br>THERESA MCLAUGHLIN,<br><br>      Respondent. | No. C 08-05444 SBA (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner, a state prisoner, filed this pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has also filed an application to proceed in forma pauperis (IFP).

Petitioner has a pending habeas action with this Court challenging the same conviction and raising the same claims as in the instant petition. See Case No. C 08-4672 SBA (PR). Accordingly, the instant petition is DISMISSED as a duplicate petition to Case No. C 08-4672 SBA (PR). The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case.

The Court directs the Clerk of the Court to refile the petition in this action (docket no. 1) as a supplement to the federal habeas petition in Case No. C 08-4672 SBA (PR). The Court will review Petitioner's claims in a separate written Order in Case No. C 08-4672 SBA (PR).

Plaintiff's IFP application (docket no. 2) is GRANTED. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 1/9/09

                                                                         SAUNDRA BROWN ARMSTRONG<br>
                                                                         UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.08\Sturgis5444.DisDup.wpd

<div style="writing-mode: vertical-rl">**United States District Court**
For the Northern District of California</div>

| | |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | FOR THE |
| 4 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 7 | LAMOS W. STURGIS, | Case Number: CV08-05444 SBA |
| 8 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 9 | v. | |
| 10 | CONTRA COSTA DISTRICT ATTORNEY et al, | |
| 11 | Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lamos Wayne Sturgis F-28185
Contra Costa County Detention Facility
#2008011464
901 Court Street
Martinez, CA 94553

Dated: January 9, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Sturgis5444.DisDup.wpd 2